**GREAT LAKES REINSURANCE (UK) PLC, Plaintiff–Appellant,**

v.

**Steven POMARICO, Dennis Dodson, Defendants–Appellees.**

**No. 07–15066.**

United States Court of Appeals, Eleventh Circuit.

Sept. 23, 2008.

Jonathan W. Skipp, Stephanie H. Wylie, Horr, Novak & Skipp, P.A., Miami, FL, for Plaintiffs–Appellants.

Michael Ramer Karcher, Karcher Canning & Karcher, Ft. Lauderdale, FL, for Defendant–Appellee.

* Honorable J. Owen Forrester, United States District Judge for the Northern District of Georgia, sitting by designation.

1. *See Wilton v. Seven Falls Co.,* 515 U.S. 277, 289–90, 115 S.Ct. 2137, 2144, 132 L.Ed.2d 214 (1995) (determining that a stay by the district court of a declaratory judgment action is reviewed for abuse of discretion).

2. **28 U.S.C. § 1333. Admiralty, maritime and prize cases.**

Before BIRCH and MARCUS, Circuit Judges and FORRESTER,* District Judge.

PER CURIAM:

Having thoroughly reviewed the record and the briefs of the parties and having heard oral argument by counsel, we can find no abuse of discretion,[1] particularly in view of the "Savings to Suitors" clause of 28 U.S.C. § 1333(1)[2] and the familiarity of the Florida courts with maritime disputes. *See, e.g. Carnival Corp. v. Carlisle,* 953 So.2d 461 (Fla.2007). Therefore, we AFFIRM the judgment of the district court.

**ALPHAMED PHARMACEUTICALS CORP., Plaintiff–Appellant–Cross–Appellee,**

The district courts shall have original jurisdiction, exclusive of the courts of the States, of:

(1) Any civil case of admiralty or maritime jurisdiction, *saving to suitors in all cases all other remedies to which they are otherwise entitled.*

(emphasis added).